**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   OAKSHIRE MUSHROOM FARM, INC., | : | Chapter 11 |
| | : | |
| OAKSHIRE MUSHROOM SALES, LLC | : | Bky. No. 18-18446 ELF |
| Debtor | : | |
| | : | Jointly Administered |

## M EM O R A N D U M

During the confirmation hearing in this case, I stated my intent of excising that portion of §10.1 of the plan that provided for an injunction against plan interference. The confirmation order being entered does not do so. For the benefit of the parties, I am writing to explain why.

Closer examination of the text of §10.1 shows that the injunction is limited to "all Persons and Entities that have held, currently **hold or may hold a Claim or other debt or liability that is discharged** . . . ." (emphasis added). Under 11 U.S.C. §1141(d)(3), no debts are discharged by confirmation of the plan. Therefore, the purported injunction does not apply to any creditors. That being the case, it was unnecessary to add any conditions to the confirmation order.

**Date: March 17, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**